41 A.3d 585

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.A.C., DEFENDANT–PETITIONER.

April 14, 2011.

It is ORDERED that the petition for certification is granted, limited to the issue of whether defendant should have been permitted to introduce the sexually explicit content of the instant messages sent by the minor, female victim to other adult males.